**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Ray Hunter,<br><br>    Plaintiff,<br><br>vs.<br><br>Ernest Trujillo, et al.,<br><br>    Defendants. | No.  CIV 05-1091-PHX-SRB (DKD)<br><br>**ORDER** |

On March 7, 2006, the service packet upon Defendant Hoover was returned unexecuted with the notation: "Process was returned by AZ DOC" (Doc. #13); Defendant Smith's packet was returned unexecuted on March 8, 2006, with the notation: "Received returned process from AZ DOC indicating name & badge number provided did not correspond with any employee" (Doc. #14); and Defendant Klien's packet was returned unexecuted on March 8, 2006, with the notation "Received returned process from AZ DOC indicating subject has retired" (Doc. #15). It is unclear whether Defendant Hoover may have been transferred to another facility. With regard to Defendant Smith, a review of the attached documents provided by Plaintiff demonstrates that the correct badge number was provided by Plaintiff in his request for service.

As to Defendant Hoover, defense counsel will be required to advise the court and Plaintiff regarding this matter. If Defendant Hoover is still employed with the ADOC, Defendants shall provide that information to Plaintiff. If Defendant Hoover is no longer employed by the ADOC, Defendants shall provide his last known home address to the Court UNDER SEAL. With regard to Defendant Klien, and pursuant to Defendants' notification that

Defendant Klien has retired, Defendants shall provide his last known home address to the Court UNDER SEAL. As to Defendant Smith, defense counsel shall verify Defendant Smith's badge number. If Defendant Smith is still employed with the ADOC, Defendants shall provide that information to Plaintiff. If Defendant Smith is no longer employed by the ADOC, Defendants shall provide his last known home address to the Court UNDER SEAL.

**IT IS THEREFORE ORDERED THAT**:

1. Within ten (10) days from the date this Order is filed, Defendants shall provide Plaintiff with the above information. If Plaintiff is provided this information, he shall prepare and return a service packet to the Clerk of the Court for each Defendant. The Clerk of the Court is further directed to send service packets as to each Defendant to Plaintiff. The Clerk of the Court will prepare and send to the U.S. Marshal service packets for service of the Summons and Complaint upon Defendants Hoover, Klien, and Smith.

2. The time for completing service shall be extended sixty (60) days from the date this Order is filed.

DATED this 20th day of April, 2006.

_____
David K. Duncan
United States Magistrate Judge